CAMERON PHILLIPS, P.A.
cameronphillips@hotmail.com
Idaho State Bar No.: 2364
Attorney at Law
924 Sherman Avenue
Coeur d'Alene ID 83814
Telephone: (208) 667 5437
Fax: (208) 664-2114

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | |
|---|---|
| In the Matter of: | ) |
| | ) CASE NO. 11-20306-TLM |
| HARLEY LYLE BIRCHMIER, | ) |
| CANDACE PATRICIA BIRCHMIER, | ) Chapter: 13 |
| Debtors. | ) |
| | ) |

EX-PARTE MOTION FOR ENTRY OF ORDER
AVOIDING SECOND DEED OF TRUST LIEN

COME NOW the debtors, HARLEY LYLE BIRCHMIER and CANDACE PATRICIA BIRCHMIER, by and through their attorney, CAMERON PHILLIPS, and hereby move the Court for the entry of the accompanying Order Avoiding the Second Deed of Trust Lien. In support of this Motion, the Debtors recite the following:

1. This proceeding was commenced on March 22, 2011.

2. On March 22, 2016, the Debtors proposed their Chapter 13 Plan, filed herein as Docket No. 3.

3. Said Plan proposed to strip the wholly unsecured second position Deed of Trust lien of Beneficial Finance ("Beneficial").

EX-PARTE MOTION FOR ENTRY OF ORDER AVOIDING DEED OF TRUST LIEN          1

3. On March 24, 2011, the Chapter 13 Plan upon CT Corp. Systems, Registered Agent of Beneficial by sending the same to the Registered Agent via First Class U.S. Mail, postage prepaid. See docket no. 20.

4. On April 5, 2011, HSBC Finance Corporation, parent company of Beneficial, though its counsel, filed a Request for Service of Notice (docket no. 21).

5. No objections to the proposed Plan were raised.

6. On October 18, 2011, the Court entered the Order Confirming the Chapter 13 Plan, which held that upon entry of Discharge, the second position Deed of Trust lien of Beneficial was deemed nullified.

7. The Debtor has complied with all requirement of his Plan. No objections to the Discharge were filed, and on July 22, 2016, the Court issued the Discharge of Debtor After Completion of Chapter 13 Plan (docket no. 49).

WHEREFORE, the undersigned moves this Court for the entry of the accompanying Order Avoiding Second Deed of Trust

DATED this 30th day of August, 2016.

Cameron Phillips, P.A.

*/s/ Cameron Phillips*
CAMERON PHILLIPS
Attorney for Debtors

EX-PARTE MOTION FOR ENTRY OF ORDER AVOIDING DEED OF TRUST LIEN        2

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 30th day of August, 2016, electronically filed the EX PARTE MOTION FOR ENTRY OF ORDER AVOIDING DEED OF TRUST LIEN with the Clerk of the Court using the CM/ECF system, which sent a Notice of Electronic Filing to the individuals with the term "ECF" noted next to their name.

      US Trustee ustp.region18.bs.ecf@usdoj.gov      "ECF"

      C. Barry Zimmerman barryzimmerman@cda.twcbc.com "EFC"

                                      */s/ Cameron Phillips*
                                      Cameron Phillips

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

DISTRICT OF IDAHO

| | |
|---|---|
| In the Matter of: ) | |
| ) | CASE NO. 11-20306-TLM |
| HARLEY LYLE BIRCHMIER, ) | |
| CANDACE PATRICIA BIRCHMIER, ) | Chapter: 13 |
| Debtors. ) | |
| _____) | |

ORDER AVOIDING SECOND DEED OF TRUST

The Debtors herein have completed the terms of their Confirmed Chapter 13 Plan, which, pursuant to 11 U.S.C. §506, proposed to strip the wholly unsecured, second position Deed of Trust Lien of Beneficial Idaho, Inc., dba Beneficial Mortgage Co. Of Idaho.  No objections to the Confirmed Plan were brought, and no objections to the Discharge have been raised, and the Debtors have been granted a Discharge by this Court.

NOW, THEREFORE, IT IS HEREBY ORDERED that the said second position Deed of Trust which was recorded in the records of the Shoshone County Recorder as Instrument No. 424297,  IS AVOIDED.

///end of text///

Order Submitted By:

*/S/ Cameron Phillipsn*
Cameron Phillips
Attorney for Debtors