UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

In the Matter of:                )
                                 )    CASE NO. 11-20306-TLM
HARLEY LYLE BIRCHMIER,           )
CANDACE PATRICIA BIRCHMIER,      )    Chapter: 13
                     Debtors.    )
_____)

ORDER AVOIDING SECOND DEED OF TRUST

The Debtors herein have completed the terms of their Confirmed Chapter 13 Plan, which, pursuant to 11 U.S.C. §506, proposed to strip the wholly unsecured, second position Deed of Trust Lien of Beneficial Idaho, Inc., dba Beneficial Mortgage Co. Of Idaho.  No objections to the Confirmed Plan were brought, and no objections to the Discharge have been raised, and the Debtors have been granted a Discharge by this Court.

NOW, THEREFORE, IT IS HEREBY ORDERED that the said second position Deed of Trust which was recorded in the records of the Shoshone County Recorder as Instrument No. 424297,  IS AVOIDED.  ///end of text///

DATED:  August 31, 2016

TERRY L. MYERS
CHIEF U. S. BANKRUPTCY JUDGE

Order Submitted By:
 */S/ Cameron Phillipsn*
 Cameron Phillips
 Attorney for Debtors